

# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND
### OFFICE OF THE CLERK

Felicia C. Cannon, Clerk of Court
Catherine M. Stavlas, Chief Deputy
Elizabeth B. Snowden, Chief Deputy

Reply to Northern Division Address

February 25, 2021

Jeremiah Sweeney, #364344
WCI
13800 McMullen Highway, SW
Cumberland, MD  21502

Re: Sweeney v. Graham, et al, Civil Case No. PWG-19-1289

Dear Mr. Sweeney:

In response to your recent request for documents, please be advised that the cost for the Response to the Petition (ECF No. 6) is $26.60 at $.10 a page for 266 pages.

Unless otherwise specified, all fees should be paid to: Clerk, United States District Court.  Fees may be paid to the Clerk by check, money order, or major credit card.  The materials will be sent to the warden after payment is received.  If you cannot afford the fee, you may submit a motion for copy work at the expense of the government.

I am enclosing a copy of the docket sheet for your review.

Sincerely,

*B. L. Jacobs*

Administrative Assistant
Staff Attorney's Office

Northern Division • 4228 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 200 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Website at www.mdd.uscourts.gov