# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

December 29, 2025

Clerk
United States Court of Appeals
  for the Fourth Circuit
Lewis F. Powell Jr. Courthouse and
  Annex
1100 E. Main Street, Suite 501
Richmond, VA 23219-3517

> **Re:  Clark, Dir., PGC DOC, et al.**
> **v. Jeremiah A. Sweeney**
> **No. 25-52 (Your docket No. 22-6513)**

Dear Clerk:

Attached please find a certified copy of the judgment of this Court in the above-entitled case.

Sincerely,

SCOTT S. HARRIS, Clerk

By

M. Altner
Assistant Clerk – Judgments

Enc.
cc:      All counsel of record

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

December 29, 2025

Mr. Andrew John DiMiceli, Esq.
Maryland Office of the Attorney General
200 St. Paul Pl.
Baltimore, MD 21202

Mr. Michael James Confusione, Esq.
Hegge & Confusione
P.O. Box 366
Mullica, NJ 08062

      **Re:  Clark, Dir., PGC DOC, et al.
         v. Jeremiah A. Sweeney
         No. 25-52**

Dear Counsel:

Attached please find a certified copy of the judgment of this Court in the above-entitled case.

The petitioners are given recovery of costs in this Court as follows:

         **Clerk's costs:**         **$300.00**

This amount may be recovered from the respondent.

         Sincerely,

         SCOTT S. HARRIS, Clerk

         By

         M. Altner
         Assistant Clerk – Judgments

cc:  4th Cir.
      (Your docket No. 22-6513)

# Supreme Court of the United States

### No.  25-52

### TERENCE CLARK, DIRECTOR, PRINCE GEORGE'S COUNTY DEPARTMENT OF CORRECTIONS, ET AL.,

Petitioners,

*v.*

### JEREMIAH ANTOINE SWEENEY

**ON PETITION FOR WRIT OF CERTIORARI** to the United States Court of Appeals for the Fourth Circuit.

**THIS CAUSE** having been submitted on the petition for writ of certiorari and the response thereto.

**ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that the petition for writ of certiorari is granted. The judgment of the above court in this cause is reversed, and the case is remanded to the United States Court of Appeals for the Fourth Circuit for further proceedings consistent with the opinion of this Court.

**IT IS FURTHER ORDERED** that the petitioners, Terence Clark, Director, Prince George's County Department of Corrections, et al., recover from Jeremiah Antoine Sweeney, Three Hundred Dollars ($300.00) for costs herein expended.

November 24, 2025

**Clerk's costs:**          $300.00

A True copy SCOTT S. HARRIS

Clerk of the Supreme Court of the United States